UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 83-cr-01118-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT AND ORDER OF DISMISSAL |
| | ) | OF INDICTMENT AND |
| LUIS CASTRO-RAMIREZ, | ) | RECALL ARREST WARRANT |
| | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above entitled case be dismissed without prejudice, and the arrest warrant be recalled.

IT IS SO ORDERED.

DATED: August 10, 2011

_____
Honorable Janis L. Sammartino
United States District Judge